# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN MATEVOUSIAN, et al.,<br><br>    Defendants. | Case No.  1:15-cv-01457-AWI SAB-PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT<br><br>(ECF NO. 8)<br><br>FIRST AMENDED COMPLAINT DUE IN THIRTY DAYS |

    Plaintiff Hunt is appearing pro se and in forma pauperis in this civil rights action pursuant to Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).

    On November 16, 2015, Plaintiff filed a motion for leave to file an amended complaint. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may file an amended complaint once, as a matter of course, so long as a responsive pleading has not been filed.  No Defendant has been served or entered an appearance.  Plaintiff's motion should therefore be granted.

    Plaintiff is advised that an amended complaint supersedes the original complaint, Forsyth v. Humana, Inc., 114 F.3d 1467, 1474 (9th Cir. 1997); King v. AtiyehKing v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987), and must be "complete in itself without reference to the prior or superseded pleading," Local Rule 220. . "All causes of action alleged in an original complaint which are not alleged in an amended complaint are waived." King, 814 F.2d at 567 (citing to London v. Coopers  Lybrand, 644 F.2d 811, 814 (9th Cir. 1981)); accord Forsyth, 114 F.3d at

1474.  Once an amended complaint is filed, the Court will not refer to the original complaint in order to make the amended complaint complete.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file an amended complaint is granted.  Plaintiff's first amended complaint is due filed within thirty days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **November 30, 2015**

UNITED STATES MAGISTRATE JUDGE