UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT,<br><br>        Plaintiff,<br><br>    v.<br><br>A. MATEVOUSIAN, et al.,<br><br>        Defendants. | Case No. 1:15-cv-01457-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CLAIMS AND DEFENDANTS<br><br>(Doc No. 11) |

Plaintiff Maurice Hunt is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to *Bivens v. Six Unknown Named Agent*, 403 U.S. 377 (1971).

The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On December 2, 2015, the assigned magistrate judge filed findings and recommendations recommending that plaintiff's November 30, 2015 motion for injunctive relief be denied.  Those findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days.  Plaintiff has not filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly,

1. The findings and recommendations, filed on December 2, 2015, are adopted in full;

2. Plaintiff's motion for injunctive relief filed on November 30, 2015, is denied as premature.

IT IS SO ORDERED.

Dated:   **February 2, 2016**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE