# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HUNT,<br><br>         Plaintiff,<br><br>    v.<br><br>A. MATEVOUSIAN, et al.,<br><br>         Defendants. | Case No.  1:15-cv-01457-DAD-SAB-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SCREENING<br><br>(ECF NO. 29) |

On June 24, 2016, Plaintiff filed a motion requesting the Court to screen the March 25, 2016, second amended complaint.  Plaintiff is advised that the Court presently has a large number of cases awaiting screening.  This case is among those.  Case management at this Court proceeds by the order cases are received.  Due to the caseload of the Court, and the Court's diligent handling of each individual case, rulings and decisions often take time.  Plaintiff's case will be screened in due course and appropriate orders will issue.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to screen the second amended complaint is DENIED.

IT IS SO ORDERED.

Dated:   **June 27, 2016**

_____
UNITED STATES MAGISTRATE JUDGE

1